IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DeWAYNE NOLAN LOGAN**, <br><br>                                   Petitioner, <br><br>         v. <br><br> **D.L. RUNNELS, et al.**, <br><br>                                   Respondents. | CIV-S-05-0785 GEB PAN P <br><br> [Proposed] **ORDER GRANTING ENLARGEMENT OF TIME** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas corpus be filed on or before December 6, 2005.

```
Dated:   November 8, 2005.
```

```
                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge
```