IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DeWAYNE NOLAN LOGAN**, | CIV-S-05-0785 GEB PAN P |
| Petitioner, | [Proposed] ORDER GRANTING ENLARGEMENT OF TIME |
| v. | |
| **D.L. RUNNELS, et al.**, | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas corpus be filed on or before January 5, 2006.

Dated:  December 6, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge