1

2

3

4

5

6

7

8                    United States District Court

9                  Eastern District of California

10

11

12  Dewayne Nolan Logan,

13          Petitioner,              No. Civ. S 05-0785 GEB PAN P

14      vs.                          Order

15  D. L. Runnels, et al.,

16          Respondents.

17                            -oOo-

18      January 13, 2006, petitioner requested an extension of time

19  to submit a reply.  Good cause appearing, petitioner's request is

20  granted and time is extended until 30 days from the date this

21  order is signed.

22      So ordered.

23      Dated:  January 31, 2006.

24                              /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
25                              Magistrate Judge

26