IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE NOLAN LOGAN,

    Petitioner,                        No. CIV S-05-CV-0785 GEB CHS P

    vs.

D.L. RUNNELS,

    Respondent.                    <u>ORDER</u>

/

        Petitioner, DeWayne Nolan Logan, is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is currently serving an indeterminate sentence of forty-one years to life imprisonment following his jury conviction in the Sacramento County Superior Court for second degree robbery with penalty enhancements for personally using a firearm and five prior convictions. During his trial, Petitioner also entered a plea of no contest to one count of inducing a person to give false testimony. Petitioner now presents various claims challenging the constitutionality of his convictions.

        After reviewing the record, it does not appear that the briefs filed by both parties on direct appeal of Petitioner's convictions to the California Court of Appeal, Third Appellate District have been lodged in the record. In accordance with Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS HEREBY ORDERED that within ten days from the

1

1  date of this order Respondent shall lodge a complete copy of all briefs filed by both parties and
2  considered by the California Court of Appeal, Third Appellate District prior to issuing its opinion
3  dated January 9, 2003.

4  DATED: March 10, 2011

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE